IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS ) <br> (Phentermine/Fenfluramine/Dexfenfluramine) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) | MDL NO. 1203 |
| ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> VERA WILLIAMS, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERICAN HOME PRODUCTS ) <br> CORPORATION, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No: 2:02-cv-20138-HB |

### **ELMIRE JACOB'S MOTION FOR SUBSTITUTION**

Elmire Jacobs files this motion for substitution of parties and show the following:

1. Intervenor Plaintiff Milton Jacobs passed away on March 22, 2004. Elmire Jacobs is the decedent's spouse, such as the representative of the estate of decedent Milton Jacobs. Elmire Jacobs respectfully requests that this Court substitute her as the intervenor plaintiff on behalf of decedent Milton Jacobs.

2. In the interests of justice, this Court should permit Elmire Jacobs to substitute on behalf of the decedent. This case has been settled, and thus there is no prejudice to the defendants.

## CONCLUSION

Because Elmire Jacobs is the decedent's spouse, such as the representative of the estate of decedent Milton Jacobs, Elmire Jacob's motion for substitution should be granted.

Respectfully submitted,

THE O'QUINN LAW FIRM

_____
CHRISTOPHER K. GILBERT, ESQ.
TX Bar No. 24034247
U.S.D.C., S.D., Tx. ID: 31992
440 Louisiana Street, 24th Floor
Houston, Texas 77002
Telephone: 713-236-2677
Telecopier: 713-223-4870
EMAIL: cgilbert@gilbert-law.com

**ATTORNEYS FOR INTERVENOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Elmire Jacob's Motion for Substitution has been filed electronically and is available for viewing and downloading from the ECF system. Service on all attorneys of record who do not receive notice by electronic mail from the ECF system was accomplished as set forth below on April 16th, 2008.

/s/ _____

Dated: April 16th, 2008

<u>SERVICE LIST</u>

<u>*VIA US MAIL*</u>

Daniel S. Pariser, Esq.
Ethan Greene, Esq.
Arnold & Porter, L.L.P.
555 12th Street, NW
Washington, D.C. 2004
**Counsel for Wyeth**

Gregory P. Miller, Esq.
Drinker, Biddle & Reath
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
**Special Discovery Master**

Michael Fishbein, Esq.
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
**Co-Chair of Plaintiffs' Management Committee**

John J. Cummings, III, Esquire
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA 70130
**Co-Chair of Plaintiffs' Management Committee**

Stanley M. Chesley, Esquire
Waite, Schneider, Bayless, Chesley Co., L.P.A.
1513 Central Trust Tower
One West Fourth Street
Cincinnati, OH 45202
**Co-Chair of Plaintiffs' Management Committee**

Ms. Deborah A. Hyland
Plaintiffs' Management Committee
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA 19106
**Co-Chair of Plaintiffs' Management Committee**

Michael T. Scott, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
**Liaison Counsel for Fenfluramine/Dexfenfluramine Defendants**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS <br> (Phentermine/Fenfluramine/Dexfenfluramine) <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: <br><br> VERA WILLIAMS, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN HOME PRODUCTS <br>   CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No: 2:02-cv-20138-HB |

**PRETRIAL ORDER NO. _____**

AND NOW, this \_\_\_\_\_ day of \_\_\_\_\_, 2008, it is hereby ORDERED and DECREED that Elmire Jacob's Motion for Substitution is GRANTED. Intervenor Plaintiff Elmire Jacobs is substituted as the proper party plaintiff for decedent Milton Jacobs.

BY THE COURT:

_____
Chief Judge Harvey Bartle, III

3