IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL DOCKET NO. 1203 |
| VERA WILLIAMS, et al.<br><br>v.<br><br>AMERICAN HOME PRODS. CORP., et al. | : : : : : : | CIVIL ACTION NO. 02-20138 |

**PRETRIAL ORDER NO.**

AND NOW, on this 1st day of May, 2008, upon consideration of the motion of Elmire Jacobs for substitution, it is hereby ORDERED that Elmire Jacobs, as the representative of the Estate of Milton Jacobs, is substituted for the named plaintiff in this action.

BY THE COURT:

/s/ Harvey Bartle III
C.J.